UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAY 12 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JULIE McKENZIE, | * | CIV 17-4011 |
| Plaintiffs, | * | |
| vs. | * | JUDGMENT |
| FARMERS INSURANCE EXCHANGE, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Memorandum Opinion and Order entered on this date,

IT IS ORDERED:

1. That Default Judgment is entered in favor of Plaintiff Julie McKenzie and against Defendant Farmers Insurance Exchange.

2. That Plaintiff is awarded contractual damages in the amount of $49,290, plus prejudgment interest thereon from May 17, 2016, at the statutory rate of 10% per annum under SDCL §§ 21-1-13.1 and 54-3-16 in the amount of $4,807.46.

3. That Plaintiff is awarded attorneys' fees in the amount of $15,300, plus 6.5% sales tax of $994.50, for a total amount of $16,294.50.

4. That Plaintiff is awarded bad faith damages in the amount of $50,000 for emotional distress and physical manifestations from that distress.

5. That Plaintiff is awarded punitive damages in the amount of $397,160, for a total award against Defendant Farmers Insurance Exchange in the amount of $517,551.96.

Dated this 12th day of May, 2017.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY